Brette L. Evans, S.B.N. 177042
Evans Law Offices
255 N. First Street, Suite 110
San Jose, CA 95110
(408) 298-8910
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re:

Trinidad Medrano and
Emma Medrano

        Debtors.

Case No. 16-50029 MEH

**DECLARATION OF DEBTORS IN SUPPORT OF SCHEDULE I AND SCHEDULE J**

We, Trinidad Medrano and Emma Medrano, hereby declare as follows:

1. If called to testify in this proceeding, we would competently testify from personal knowledge as to all the facts and information described in this Declaration.

2. We are both retired and neither of us have worked in the six months prior to the filing of this case. Neither of us have received a paycheck stub in the 60 days or the 6 months prior to the filing of this bankruptcy case.

3. I, Trinidad Medrano, receive $905 per month in Social Security Income.

4. I, Emma Medrano, receive $452 per month in Social Security Income.

5. Our daughter contributes $2,117.24 each month towards our mortgage payment.

6. We do not have any other sources of income.

7. I, Emma Medrano, have not worked since 2000. I have been looking for the last tax return that I personally filed but cannot locate it. We did provide the last tax return that my husband filed to the Trustee.

8. We do understand that our payments are step payments that will pay as follows: $155 for

Case: 16-50029    Doc# 18    Filed: 02/29/16    Entered: 02/29/16 16:45:11    Page 1 of 2

3 months, and then $200 per month thereafter. We will budget for the step up, and obtain a greater family contribution if necessary.

WE DECLARE under the penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2016          /s/ Trinidad Medrano
                                  Trinidad Medrano, Debtor


Dated: February 24, 2016          /s/ Emma Medrano
                                  Emma Medrano, Debtor