Brette L. Evans (SBN: 177042)
Evans Law Offices
1150 N. First St., Ste. 110
San Jose, CA 95112

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                               Chapter 13
                                                     Case No. 16-50029 MEH
TRINIDAD HARO MEDRANO and
EMMA MEDRANO,

Debtor(s)_____/     MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

**X**    1.    With respect to the monthly plan payments of $**200.00** those payments shall:
      **X**    be suspended for the amount of $**95.00**
      **X**    be increased to $**410.00**, effective **February 2018**
      ___    be decreased to $_____, effective _____
      ___    [other]

___    2.    With regard to secured claims:
      ___    to treat the claim(s) of additional creditors as secured, as follows:
          Creditor Name      Value of Collateral      Monthly Pmt (if fixed)      Interest Rate (must be specified)

      ___    to change the treatment of certain secured claims, as follows:
          Creditor Name      Value of Collateral      Monthly Pmt (if fixed)      Interest Rate (must be specified)

      ___    to treat as unsecured, the claims of the following creditors which were previously treated as secured.

___    3.    With regard to general unsecured claims, to change the dividend paid:
      ___    from _____ % to _____ %
      ___    from a pot plan* of $_____ to a pot plan* of $_____
      ___    from a percentage plan at _____ % to a pot plan* of $_____
      ___    from a pot plan* of $_____ to a percentage plan at _____ %

      * A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid.  The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

___    4.    Other modifications:

      5.    Debtor(s') reason(s) for requesting the above modification are: **To adjust the Debtors' payment to provide for all claims filed.**

      6.    The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated:_____**1/15/18**_____            _____*/s/ Brette L. Evans*_____
Rev. 2/05                                                   [Attorney for] Debtor(s)