Brette L. Evans (SBN: 177042)
Evans Law Offices
1150 N. First St., Ste. 110
San Jose, CA 95112

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                              Chapter 13
                                                    Case No. 16-50029 MEH
**TRINDAD HARO MEDRANO and
EMMA MEDRANO,**
                                                    REQUEST FOR DEFAULT ORDER RE
                                                    MOTION TO MODIFY CHAPTER 13 PLAN

Debtor(s)_____/

The undersigned declares:

1.      I am the attorney for the Debtor(s) in the above action.

2.      Debtor(s) filed a Motion to Modify Chapter 13 Plan on **1/15/18**.

3.      Copies of the MOTION TO MODIFY CHAPTER 13 PLAN and NOTICE OF OPPORTUNITY FOR HEARING have been served on all parties entitled to service by regular mail. Other parties who accept electronic notice, including the Chapter 13 Trustee, have received such notice.

4.      If the proposed modification will reduce prospective plan payments, amended Schedules I and J, and a declaration by the Debtor explaining the changed circumstances, were filed on _____.

5.      Debtor(s) request that an Order modifying the Chapter 13 plan as proposed in said Motion be granted. The undersigned declares that his/her office has not received a request for a hearing within the time provided.

        I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct.

Dated:        2/9/18                              /s/ Brette L. Evans
                                                  Attorney for Debtor(s)

Rev. 2/05