Entered on Docket
February 12, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Brette L. Evans (sbn 177042)
**Evans Law Offices**
1150 N. First St., Suite 110
San Jose, California 95112
TEL: (408) 298-8910
FAX: (408) 298-8911
*Attorneys for Debtor(s)*

The following constitutes
the order of the court. Signed February 12, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re:

**TRINIDAD HARO MEDRANO and EMMA MEDRANO,**

          Debtor(s).

CASE NO: **16-50029 MEH**
Chapter 13

**ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN**

Upon consideration of Debtors' MOTION TO MODIFY CHAPTER 13 PLAN (Docket Item 63) filed with the court on January 15, 2018, and good cause appearing therefore;

IT IS ORDERED that the motion to modify plan is granted.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | **All parties entitled to service shall receive electronically or by Debtor's Counsel** |